No. 90–5045. PRICE v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina*, 494 U. S. 433 (1990).

No. 89–7043. KUDLER v. JUDICIAL COUNCIL OF THE SECOND CIRCUIT. C. A. 2d Cir. Certiorari dismissed for want of jurisdiction.

No. — — ——. DABISH v. CHRYSLER MOTORS CORP.;
No. — — ——. GOLUB v. UNIVERSITY OF CHICAGO ET AL.; and
No. — — ——. SPAIN v. METRO MACHINES CORP. ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–808. IN RE DISBARMENT OF ADDAMS. Disbarment entered. [For earlier order herein, see 492 U. S. 941.]

No. D–837. IN RE DISBARMENT OF MARCONE. Motion for reinstatement to the Bar of this Court denied without prejudice to seeking reinstatement following the completion of the proceedings before the Disciplinary Board of Pennsylvania. [For earlier order herein, see, *e. g.*, 493 U. S. 1066.]

No. D–905. IN RE DISBARMENT OF HANNA. Disbarment entered. [For earlier order herein, see 496 U. S. 902.]

No. D–907. IN RE DISBARMENT OF RICHMAN. Disbarment entered. [For earlier order herein, see 496 U. S. 923.]

No. D–908. IN RE DISBARMENT OF NEISTEIN. Disbarment entered. [For earlier order herein, see 496 U. S. 923.]

No. D–914. IN RE DISBARMENT OF WATKINS. Disbarment entered. [For earlier order herein, see 497 U. S. 1002.]

No. 65, Orig. TEXAS v. NEW MEXICO. Final Report of the River Master for Accounting Year 1990 adopted. Motion of the River Master for approval of fees and expenses granted, and the River Master is awarded $5,063.44 for the period April 1 through June 30, 1990, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 495 U. S. 901.]